IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD SHAW,

    Plaintiff,                     Case No. 2:09-cv-3383 JFM

  vs.

V. DEPALO,

    Defendant.                  <u>ORDER</u>

_____/

          On December 4, 2009, defendant removed the instant action from state court.  On December 14, 2009, plaintiff filed a notice of his intent to amend the complaint to remove all federal claims and to only proceed on his negligence claim under state law.  Good cause appearing, IT IS HEREBY ORDERED that plaintiff is granted thirty days from the date of this order in which to file and serve an amended complaint.  Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Amendment and submit the following documents to the court:

          a. The completed Notice of Amendment; and

          b. An original and one copy of the Amended Complaint.  The amended complaint must bear the docket number assigned this case and must be

1

labeled "Amended Complaint"; failure to file an amended complaint in accordance with this order may result in the dismissal of this action.

DATED: January 6, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

/001; shaw3383.amd

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD SHAW,

      Plaintiff,                    Case No. 2:09-cv-3383 JFM

     vs.

V. DEPALO,

      Defendants.            NOTICE OF SUBMISSION

_____/     OF DOCUMENTS

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____.

      ____ copies of the _____
                             Amended Complaint

DATED:

                                                _____
                                                Plaintiff