IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD SHAW,

        Plaintiff,               Case No. 2:09-cv-3383 JFM

      vs.

V. DEPALO,

        Defendant.         <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed.  Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: February 23, 2010.

_____

UNITED STATES MAGISTRATE JUDGE

/014.shaw3383.59