IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD SHAW,

        Plaintiff,                   Case No. 2:09-cv-3383 JFM

    vs.

V. DEPALO,

        Defendant.            <u>ORDER</u>

_____/

        This action was dismissed pursuant to plaintiff's request on February 24, 2010. On January 3, 2011, plaintiff filed a motion for a copy of the dismissal order with an endorsed stamp. Plaintiff also requests an order of this court advising the state court of the proper commencement of a thirty-day limitations period. As to this latter request, the undersigned notes only that this action was commenced on December 4, 2009 and dismissed on February 24, 2010 based on plaintiff's January 24, 2010 request.

/////

/////

/////

/////

As to the request for an endorsed copy of the dismissal order, IT IS HEREBY ORDERED that the Clerk of the Court shall mail an endorsed copy of the dismissal order to plaintiff's mailing address of record.

DATED: January 18, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

/014.shaw3383.jo