IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD SHAW,

      Plaintiff,                   No. 2:09-cv-03383 JFM P

   vs.

V. DEPALO,

      Defendant.             <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On February 24, 2010, this action was dismissed pursuant to Fed. R. Civ. P. 41(a) in accordance with plaintiff's request for voluntary dismissal. <u>See</u> ECF No. 7. On March 18, 2013, plaintiff filed a motion for reconsideration of this court's January 18, 2013 order denying his December 19, 2012 motion to amend the order of dismissal. Plaintiff's motion is untimely. <u>See</u> L.R. 303(b).

        Accordingly, IT IS HEREBY ORDERED that plaintiff's March 18, 2013 motion for reconsideration (ECF No. 14) is denied. Plaintiff is advised that any further documents filed

/////

/////

/////

1

1 by plaintiff in this action will be disregarded and the court will not issue any further orders in
2 this action.

3 DATED: May 7, 2013.

4 EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

8 shaw3383.58

2